Susan N.K. Gummow (admitted Pro Hac Vice)
Igor Shleypak (admitted Pro Hac Vice)
FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
222 N. LaSalle St., Ste. 1400
Chicago, IL 60601
Tel:  (312) 863-5000
Fax:  (312) 863-5099
Email: sgummow@fgppr.com
       ishleypak@fgppr.com

And

Sara M. Thorpe, No 146529
Randall P. Berdan, No 199623
NICOLAIDES FINK THORPE MICHJAELIDES SULLIVAN LLP
101 Montgomery, Suite 2300
San Francisco, CA 94104
Tel:  (415) 745-3773
Fax:  (415) 745-3771
Email: sthorpe@nicolaidesllp.com
       rberdan@nicolaidesllp.com

*Attorney for Defendants*
NEW HAMPSHIRE INSURANCE COMPANY;
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>PIONEER NURSERY, LLC,<br><br>    Debtor.<br>_____<br>PIONEER NURSERY, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEW HAMPSHIRE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>    Defendants. | Bankr. Case No.   17-13112-A-1<br>Adv. No.   18-01039-A<br>District Court Case No.   18-01436-LJO<br><br>Chapter 11<br>Judge: Hon. Lawrence J. O'Neill<br><br><br><br>**ORDER STAYING**<br>**ADVERSARY PROCEEDING** |

The Court, having reviewed the Stipulation Agreeing to a Stay of the Adversary Proceeding by the Parties, and finding good cause to grant the relief stipulated to therein, hereby ORDERS:

1. The Stipulation is Approved;

2. The Adversary Proceeding is stayed until December 14, 2018 to allow the Parties to engage in mediation;

3. The stay granted herein shall apply to all acts, including briefing on the Defendants' Motion to Withdraw the Reference currently pending before this Court; and

4. The Parties shall file a status report by December 7, 2018. The status report shall include a status of the mediation proceeding and can include either:

    a. A request to extend the stay for an additional period and a demonstration of good cause for said request; or

    b. A proposed briefing schedule on the Defendants' Motion to Withdraw the Reference in event mediation is unsuccessful, including any dispute regarding scheduling.

IT IS SO ORDERED.

Dated: __October 26, 2018__         _____/s/ Lawrence J. O'Neill_____
                                    UNITED STATES CHIEF DISTRICT JUDGE