Sara M. Thorpe, No 146529
Randall P. Berdan, No 199623
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
101 Montgomery, Suite 2300
San Francisco, CA 94104
Tel: (415) 745-3773
Fax: (415) 745-3771
Email: sthorpe@nicolaidesllp.com
rberdan@nicolaidesllp.com

And

Susan N.K. Gummow (admitted Pro Hac Vice)
Igor Shleypak (admitted Pro Hac Vice)
FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
222 N. LaSalle St., Ste. 1400
Chicago, IL 60601
Tel: (312) 863-5000
Fax: (312) 863-5099
Email: sgummow@fgppr.com
ishleypak@fgppr.com

*Attorney for Defendants*
NEW HAMPSHIRE INSURANCE COMPANY;
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re: | Bankr. Case No. 17-13112-A-1 |
| | Adv. No. 18-01039-A |
| PIONEER NURSERY, LLC, | District Court Case No. 18-01436-LJO |
| Debtor. | |
| | |
| PIONEER NURSERY, LLC, | Chapter 11 |
| | Judge: Hon. Lawrence J. O'Neill |
| Plaintiff, | **ORDER STAYING ADVERSARY PROCEEDING** |
| v. | |
| NEW HAMPSHIRE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, | |
| Defendants. | |

The Court, having reviewed the Status Report and Stipulation Agreeing to a Further Stay of the Adversary Proceeding by the Parties, and finding good cause to grant the relief stipulated to therein, hereby ORDERS:

1. The Stipulation is Approved;

2. The Adversary Proceeding is stayed until December 6, 2019 to allow the Parties to engage in mediation;

3. The stay granted herein shall apply to all acts and toll any applicable deadlines;

4. The Parties shall file a status report by November 29, 2019. The status report shall include a status of the mediation proceeding and can include either:

    a. A request to extend the stay for an additional period and a demonstration of good cause for said request; or

    b. A proposed briefing schedule on the Defendants' Motion to Withdraw the Reference in the event mediation is unsuccessful, including any disputes regarding scheduling

The parties are warned that any requests for additional time to pursue mediation will be viewed with disfavor and will not be granted absent a substantial and detailed showing of good cause.

IT IS SO ORDERED.

Dated: **May 31, 2019**          /s/ Lawrence J. O'Neill
                                 UNITED STATES CHIEF DISTRICT JUDGE