Sara M. Thorpe, No 146529
Randall P. Berdan, No 199623
NICOLAIDES FINK THORPE MICHAELIDES SULLIVAN LLP
101 Montgomery, Suite 2300
San Francisco, CA 94104
Tel:    (415) 745-3773
Fax:   (415) 745-3771
Email:  sthorpe@nicolaidesllp.com
        rberdan@nicolaidesllp.com

And

Susan N.K. Gummow (admitted Pro Hac Vice)
Igor Shleypak (admitted Pro Hac Vice)
FORAN GLENNON PALANDECH PONZI & RUDLOFF P.C.
222 N. LaSalle St., Ste. 1400
Chicago, IL 60601
Tel:    (312) 863-5000
Fax:   (312) 863-5099
Email:  sgummow@fgppr.com
        ishleypak@fgppr.com

*Attorney for Defendants*
NEW HAMPSHIRE INSURANCE COMPANY;
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>PIONEER NURSERY, LLC,<br><br>        Debtor.<br>_____<br>PIONEER NURSERY, LLC,<br><br>        Plaintiff,<br>v.<br><br>NEW HAMPSHIRE INSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA,<br><br>        Defendants. | Bankr. Case No.   17-13112-A-1<br>Adv. No.   18-01039-A<br>District Court Case No.   18-01436-LJO<br><br><br>Chapter 11<br>Judge: Hon. Lawrence J. O'Neill<br><br>**ORDER STAYING ADVERSARY PROCEEDING** |

The Court, having reviewed the Status Report and Stipulation Agreeing to a Further Stay of the Adversary Proceeding by the Parties, and finding good cause to grant the relief stipulated to therein, hereby ORDERS:

1. The Stipulation is Approved;

2. The stay in this Adversary Proceeding is extended without a date certain; and,

3. The stay granted herein shall apply to all acts and toll any applicable deadlines.

IT IS SO ORDERED.

Dated: **December 2, 2019**         **/s/ Lawrence J. O'Neill**
                                    UNITED STATES CHIEF DISTRICT JUDGE